# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

U.S.A.                              CASE NO.: 96-6154-CR-JAG

v.

HOWARD COHEN

## TRANSMITTAL LETTER FOR
## SEALED DOCUMENT

Plaintiff or Defendant
(circle one only)

Filed date: 2-25-97

Number of Documents enclosed: ONE

FILED BY _____ D.C.
97 FEB 25 PM 3:48
CARLOS JUENKE
DIST. CT.

---

### RECEIPT FOR SEALED DOCUMENT

DATE: _____

Original Document(s) received by: _____
                                  (Docketing Supervisor/Workleader)

Copy for Judge received by: _____
                            (Chamber's Staff)

---

### SEALED DOCUMENT IN VAULT
DOCUMENT TO BE UNSEALED BY ORDER OF COURT UPON GOOD CAUSE SHOWN.

DOCKET CLERK: [signature]

DOCKET NUMBER(S): 48

RECORDS CLERK: _____