PROB 35
(Rev 1/92)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Florida

UNITED STATES OF AMERICA

                                      Crim. No. 96-6154-Cr-Gonzalez

v.                            SD/FL PACTS No. 45994

Howard Cohen

On 2/28/97 the above named was placed on probation/supervised release for a period of three (3) years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

                                        Respectfully submitted,

                                        U. S. Probation Officer
                                        Bunny J. Green

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 2nd day of November, 1998.

United States District Judge